IN THE UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT

| | |
|---|---|
| ASATA D. LOWE<br>Petitioner | )<br>)<br>) |
| v. | ) Case No. 11-5608 |
| BRUCE WESTBROOK, Warden et. al.<br>Respondent | )<br>)<br>) |

*[Handwritten annotations: "3:11-213", "DENIED", "This motion is DENIED as Petitioner has not made the requisite showing to justify his release pending a decision on the merits.", etc.]*

## MOTION TO BE RELEASED ON OWN RECOGNIZANCE

Now comes Asata D. Lowe, pursuant to Rule 1, 2, 8, 10, 21, 22, 23, 27, 36, 45, of the Rules of Appellate Procedure, 18 U.S.C.A. § 1352 et. seq., 18 U.S.C.A. § 3141 et. seq., 18 U.S.C.A. § 3161 et. seq., 28 U.S.C.A. § 1361 et. seq., 28 U.S.C.A. § 1651 et. seq., 28 U.S.C.A. § 1652 et. seq., 28 U.S.C.A. § 1653 et. seq., 28 U.S.C.A. § 1654 et. seq., 28 U.S.C.A. § 2106 et. seq., 28 U.S.C.A. § 2201 et. seq., 28 U.S.C.A. § 2202 et. seq., 28 U.S.C.A. § 2241 et. seq., 28 U.S.C.A. § 2283 et. seq., 1st, 2nd, 3rd, 4th, 5th, 6th, 7th, 8th, 9th, 10th, 13th, 14th, and 15th Amendments to the Federal Constitution and Article 1 et. seq., Article 2 et. seq., Article 3 et. seq., Article 4 et. seq., Article 5 et. seq., Article 6 et. seq., and Article 7 et. seq. of the United States Constitution was violated to request that this Court issues an order to release the Petitioner on his own recognizance.

### GROUNDS

I. The United States District Court for the Middle District of Tennessee at Nashville has failed to proceed with case number 3:11-cv-00213 in a timely manner thus violating Plaintiff's rights pursuant to 28 U.S.C.A. § 2241 et. seq. and his constitutional rights.

II. The Plaintiff/Petitioner is in custody in violation of the Constitution or laws or treaties of the United States.

III. The Plaintiff is mentally incompetent pursuant to 18 U.S.C.A. 4241 et. seq., T.C.A. § 39-13-203 et. seq., T.C.A. § 28-1-101 et. seq. and the State and Federal Constitutions