IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ASATA LOWE, | ) | |
| | ) | |
| Petitioner, | ) | NO. 3:11-0213 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| BRUCE WESTBROOK, | ) | |
| | ) | |
| Respondant. | ) | |

ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Docket Entry No. 38) recommending that this action be transferred to the Eastern District of Tennessee because Petitioner's claims arise from his state convictions in Blount County, Tennessee that is in the Eastern District of Tennessee. Plaintiff has filed objections (Docket Entry No. 43).

After de novo review, the Court **ADOPTS** the Report and Recommendation (Docket Entry No. 38). Pursuant to 28 U.S.C. § 2241(a), the Clerk shall **TRANSFER** this action to the Eastern District of Tennessee, Northern Division at Knoxville, Tennessee.

It is so **ORDERED**.

ENTERED this the 26th day of October, 2011.

William J. Haynes, Jr.
United States District Court